JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY BAMBERGER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARSH USA, INC., dba MARSH RISK AND INSRANCE SERVICES, a Corporation; NATIONAL UNION FIRE INSURANCE COMPANY, a Corporation; and DOES 1 through 5, inclusive,<br><br>　　　　　Defendants. | Case No. CV 14-06041- MWF (MANx)<br><br>**JUDGMENT AFTER TRIAL** |

　　　　Following a trial to the Court, the Court entered its Findings of Fact and Conclusions of Law. (Docket No. 159). Consistent with the Findings of Fact and Conclusions of Law, and pursuant to Rules 54(a) and 58(b)(1)(C) of the Federal Rules of Civil Procedure,

　　　　Now, therefore, **IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment on the merits be entered as follows:

-1-

1. On Plaintiff's Claim for breach of the implied covenant of good faith and fair dealing: In favor of Defendant National Union Fire Insurance Company.
2. Defendant National Union Fire Insurance Company is hereby awarded its costs as provided by law.

Dated: January 22, 2016

_____
MICHAEL W. FITZGERALD
United States District Judge